DAVID PERLMAN, Appellant, *v.* MOSES BERNSTEIN, Defendant, and JACOB W. HAMMER, Respondent.

*Perlman* v. *Bernstein*, 93 App. Div. 335, affirmed.
(Argued June 3, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1904, which reversed an order of Special Term sustaining exceptions to the report of a referee assessing defendant's damages by reason of an injunction issued against him herein.

*Jacob Manheim* for appellant.

*James J. Farren* and *Benjamin Patterson* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.